IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:22-MJ-333 |
| | ) | |
| PATRICK R. RITENOUR, | ) | **UNDER SEAL** |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Matthew E. Lee, a Special Agent with the Federal Bureau of Investigation, Washington Field Office's Child Exploitation and Human Trafficking Task Force, being first duly sworn, state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation and have been so since 2017. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online sexual exploitation of children. This includes violations pertaining to the illegal possession, receipt, distribution, transmission, advertisement, and production of material depicting the sexual exploitation of minors. I have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses. I have written, executed, and/or participated in the execution of numerous search warrants.

2. Specifically pertaining to the area of child pornography and child exploitation investigations, I have gained experience in these investigations through training, discussions with other law enforcement officers, and everyday work conducting these types of investigations. I have

had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media, including computer media. I also have experience participating in investigations involving the online distribution and sharing of child pornography using social networking platforms such as Facebook, Instagram, Twitter, Discord, and Snapchat. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252 and I am authorized by law to apply for and execute search warrants and arrest warrants issued by federal and state courts.

3. The facts and information in this Affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources. Since this Affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this application.

4. I submit this affidavit in support of a criminal complaint charging PATRICK R. RITENOUR ("RITENOUR"), a resident of Marshall, Virginia, which is within the Eastern District of Virginia, with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2). For the reasons set forth below, I submit that probable cause exists to believe that in or about January 2022, RITENOUR did knowingly receive visual depictions of minors engaging in sexually explicit conduct that were transported or transmitted using any means or facility of interstate or foreign commerce, that is the Internet. Specifically, RITENOUR utilized his cellular phone to access the social media application Snapchat, via the Internet, using the account "heyitsjohnnyb02" and received images and videos from Snapchat user "nova_starr2019" depicting minors engaged in sexually explicit conduct as more fully detailed below.

## STATUTORY AUTHORITY AND DEFINITIONS

5. 18 U.S.C. § 2252(a)(2) and (b)(1) prohibits any person from knowingly receiving, or attempting to receive, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed; or that has been shipped or transported in or affecting interstate or foreign commerce; or which contains materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

6. The term "minor," as defined in 18 U.S.C. § 2256(1), means any person under the age of 18 years.

7. The term "sexually explicit conduct," as defined in 18 U.S.C. § 2256(2)(A)(i)–(v), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

8. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data that is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

9. The term "child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a

minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

10. The term "child erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not necessarily obscene or do not necessarily depict minors in sexually explicit poses or positions.

11. The term "computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, and mobile phones and devices. *See* 18 U.S.C. § 1030(e)(1).

12. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

## BACKGROUND ON SNAPCHAT

5. Based on my training and experience, I am familiar with the online social media platform called Snapchat, and I have engaged in child pornography investigations involving this

platform. I have also spoken with other experienced law enforcement agents who have investigated criminal conduct occurring on this platform, and I have researched the platform and its capabilities on the Internet. Based on this experience, I know the following information about Snapchat. Snapchat is a mobile application (app) available through the iPhone App Store and the Google Play Store. The Snapchat app provides users a way to send and receive photos, videos, and chats.

6. A "snap" is a picture or video message taken and shared with other Snapchat users in real-time. The sender of a snap has the option of setting a timer for how long a snap can be viewed. Once a snap has been viewed, it is deleted from the company's system and is no longer visible to the recipient. Snapchat users can also send text messages to others using the Chat feature. Once a user leaves the Chat screen, messages viewed by both the sender and the receiver will no longer be visible. The application notifies other users when they are online so they can begin messaging each other. In addition, Snapchat users can send pictures to other users by utilizing the camera on their device. Pictures can also be sent from the saved pictures in the photo gallery of the device. Accessing a Snapchat account and "snaps" constitute "electronic communications" within the meaning of 18 U.S.C. § 3123. See also 18 U.S.C. §§ 3127(1) and 2510(12).

7. I also know that a user can type messages, send Snaps, audio notes, and video notes to friends within the Snapchat app using the Chat feature. Snapchat servers are designed to automatically delete one-to-one chats once the recipient has opened the message and both the sender and recipient have left the chat screen, depending on the user's chat settings. Snapchat's servers are designed to automatically delete unopened one-to-one chats in 30 days. Users can also chat in groups. Chats sent in groups are deleted after 24 hours whether they are opened or

not. A user can save a message in Chat by pressing and holding the message. The user can "unsave" the message by pressing and holding it again. This will delete it from Snapchat's servers. Users can also delete chats that they have sent to a recipient before the recipient has opened the chat or after the recipient has saved the chat.

      8.      I also know that while a Snapchat message may disappear, the record of who sent it and when still exists. Snapchat records and retains information that is roughly analogous to the call detail records maintained by telecommunication companies. This includes the date, time, sender, and recipient of a snap. Additionally, Snapchat stores the number of messages exchanged, which users they communicate with the most, message status including if and when the message was opened, and whether the receiver used the native screen capture function of their device to take a picture of the snap before it disappeared.

## STATEMENT OF PROBABLE CAUSE

      11.      This investigation started after the social media company Discord[1] submitted multiple CyberTipline reports to the National Center for Missing and Exploited Children (NCMEC) pertaining to a group of users on Discord who gathered in a Discord server (chatroom) titled, "Sanctuary" and as Discord reported in the CyberTipline reports, "appeared to be working together to sexually exploit minors over the Internet from approximately January 2019 through October 2021." One of the users reported by Discord was user "FeelingBleu#9596," who accessed Discord from an IP address that geo located to Jacksonville, Florida.

---

[1] Discord is a VoIP and instant messaging social platform. Users have the ability to communicate with voice calls, video calls, text messaging, media and files in private chats or as part of communities called "servers."

12.     After reviewing the CyberTipline reports and the associated files, a law enforcement agent from the FBI's Child Exploitation Operational Unit (CEOU) applied for a search warrant in the Middle District of Florida, Jacksonville Division, seeking the contents of the Discord Sanctuary server along with the private messages of the users reported in the CyberTipline reports. On January 10, 2022, United States Magistrate Judge Monte C. Richardson, Middle District of Florida, Jacksonville Division, issued the search warrant (Case No. 22-mj-1006-MCR; the "First Discord SW"). On January 11, 2022, Discord provided the FBI with a copy of the contents (including written text and video and image files sent and received on the server) of the Sanctuary server along with the private messages of some of the Discord members of the Sanctuary server.

13.     I, together with other law enforcement officers, have reviewed the available content associated with the Discord Sanctuary server and the private messages of particular users who were members of the Sanctuary server. The users who were members of the Discord Sanctuary server discussed their sexual interests in minors, uploaded files directly to the Sanctuary server depicting what appeared to be minors engaged in sexually explicit activity, exchanged files via third-party file sharing platforms like MEGA and DropMeFiles, and discussed their use of other social media platforms to locate minor victims such as Snapchat, Facecast, Likee, Unico, and Periscope. One of the users in the group utilized the Discord username "johnnyb02."

14.     I, along with other law enforcement officers, reviewed the Discord private messages of user FeelingBleu#9596. I saw that on at least two occasions, user FeelingBleu#9596 provided other Discord users on the Sanctuary server his Snapchat username "nova_starr2019."

After reviewing these private messages, an FBI analyst contacted NCMEC to determine whether any CyberTipline reports had been filed regarding the Snapchat account for user nova_starr2019.

15.  NCMEC communicated to an FBI analyst that two CyberTipline reports had been created pertaining to Snapchat account nova_starr2019. Specifically, on February 2, 2022, and on March 10, 2022, Snapchat submitted two CyberTipline reports for Snapchat user nova_starr2019. I reviewed both CyberTipline reports. Snapchat reported that user nova_starr2019 saved, shared, or uploaded files depicting minors engaged in sexually explicit conduct.

16.  After reviewing the Snapchat CyberTipline reports from NCMEC and the associated files, an FBI CEOU agent applied for a search warrant for the contents of the Snapchat account nova_starr2019.  On June 30, 2022, United States Magistrate Judge Monte C. Richardson, Middle District of Florida, Jacksonville Division, issued the search warrant (Case No. 22-mj-1314-MCR; the "Snapchat SW"). On July 7, 2022, Snapchat provided the messages and files associated with the nova_starr2019 Snapchat account.

17.  The Snapchat records show that user nova_starr2019 was a member of several different Snapchat groups. Relevant to this investigation is one particular Snapchat group titled, "Sanctuary." Some of the users in the Snapchat Sanctuary group have similar usernames to some of the members in the Discord Sanctuary group, suggesting overlapping membership between the two groups. For example, user "johnnyb02" was a member of the Discord Sanctuary server, while user "heyitsjohnnyb02" was a member of the Snapchat Sanctuary group, as shown by the records returned by Snapchat for the nova_starr2019 account. Further, user chasewolf6904 sent password protected links via DropMeFiles to the Sanctuary Snapchat group, just as the users in the Discord Sanctuary server did in order to exchange files.

18. The Snapchat records show communications in the Sanctuary Snapchat group from December 8, 2021, through March 14, 2022. An example of some of the communications exchanged in the Sanctuary Snapchat group are as follows:

> **heyitsjohnnyb02** December 08, 2021 07:05:11 PM: [2] Same. I mean, I guess it's cool and all, but I just can't believe guys were dropping a grand for nakey videos that are 3 min long. I've seen much much better for free on just about any app you can name
>
> **yofredster21** December 09, 2021 12:29:04 AM: The only reason you got any studio stuff for free, was because someone paid for it and released/shared/leaked it.
>
> **chasewolf6904**[3] December 09, 2021 01:22:14 AM: https://dropmefiles.com/sNRjY
>
> **chasewolf6904** December 09, 2021 01:22:26 AM: Sometimes we just Feel Bleu
>
> **heyitsjohnnyb02** March 08, 2022 07:10:18 PM: New girl named abbie on peegle rn. Might be worth keeping an eye on
>
> **heyitsjohnnyb02** March 08, 2022 07:10:29 PM:157640
>
> **nova_starr2022** March 12, 2022 05:39:01 PM: Developed, freshly shaven 10-11 year who refuses to show her face
>
> **nova_starr2022** March 12, 2022 05:39:09 PM: If anyone wants to try to have fun with her
>
> **nova_starr2022** March 12, 2022 07:15:24 PM: b~EioSFU55VUR3Nm9HbmpWd2FLWDZ4ZjhLRBoAGgAiBgjM19iRBjIBBFAEYAE
>
> **nova_starr2022** March 12, 2022 07:15:26 PM: Jesus
>
> **heyitsjohnnyb02** March 12, 2022 07:16:42 PM: She needs to cool off or she will be a knocked up by highschool

---

[2] The format of the messages are as follows: username of sender, date/time message was sent, and the contents of the sent message.

[3] Law enforcement determined Snapchat user chasewolf6904 was also the same user as nova_starr2019 as detailed later in this affidavit.

9

**nova_starr2022** March 12, 2022 07:17:36 PM: Her older sister was having sex at 13 or 14 iirc

**heyitsjohnnyb02** March 12, 2022 07:18:30 PM: Where were the girls like her when I was in school?

**nova_starr2022** March 12, 2022 07:19:18 PM: Ikr

**nova_starr2022** March 12, 2022 07:19:37 PM: Shes in a shitty area being raised by her grandma

**nova_starr2022** March 12, 2022 07:19:45 PM: Not sure why her mom isn't the main mother figure in her life

**nova_starr2022** March 12, 2022 07:19:50 PM: Shes there just not that much

**heyitsjohnnyb02** March 12, 2022 07:21:33 PM: If it's anything like around here, the mom probably had her at a young age and wasn't mature enough to raise her so the grandma had to do it.

**yofredster21** March 12, 2022 07:25:47 PM: Grandma is only 26?

**yofredster21** March 12, 2022 07:26:14 PM: Wait, that's not right.

**yofredster21** March 12, 2022 07:26:32 PM: 36 might work.

**heyitsjohnnyb02** March 12, 2022 07:26:49 PM: Haha

---

**nova_starr2022** March 13, 2022 05:49:22 AM: Did a test private stream and got spammed constantly with messages. No wonder girls get pissed off and leave

**splinter_5** March 13, 2022 12:57:20 PM: Annoying that anyone can message you

**heyitsjohnnyb02** March 13, 2022 01:01:47 PM: Yeah, that's to be expected though. Whoever designed peegle app is either a serious noob, or a perv who wanted to make it super easy for everyone.

**splinter_5** March 13, 2022 01:03:09 PM: Putting a messaging feature in an app like that is always a mistake

**heyitsjohnnyb02** March 13, 2022 01:03:16 PM: Yep

**nova_starr2022** March 13, 2022 03:19:19 PM: Girl is a straight, God-

10

loving Christian.

**nova_starr2022** March 13, 2022 03:19:34 PM: Girl is also transgender and wishes to be called Noah.

**nova_starr2022** March 13, 2022 03:19:41 PM: Idiot.

**heyitsjohnnyb02** March 13, 2022 03:20:00 PM: These kids are being fucking brainwashed

**nova_starr2022** March 13, 2022 03:20:07 PM: Yep

**nova_starr2022** March 13, 2022 03:22:50 PM: And did I mention she's transgender straight with a girlfriend?

**nova_starr2022** March 13, 2022 03:23:10 PM: Too innocent and stupid to think for herself

**heyitsjohnnyb02** March 13, 2022 03:23:24 PM: Oh ffs.

**splinter_5** March 13, 2022 03:23:49 PM: Yeah not ideal these days

**splinter_5** March 13, 2022 03:24:04 PM: But perhaps it will pass, like an emo or goth phase or something

**heyitsjohnnyb02** March 13, 2022 03:25:54 PM: She is whatever someone tells her to be because kids are taught all about gay shit in school, and we let trannies come in and tell them how cool it is to cut off your dick and turn it inside out

### MESSAGES BETWEEN SNAPCHAT ACCOUNT NOVA_STARR2019 AND HEYITSJOHNNYB02

19. The Snapchat records for the nova_starr2019 account revealed private messages between nova_starr2019 and heyitsjohnnyb02. I have personally reviewed the messages between the two users. The records show that nova_starr2019 sent messages to heyitsjohnnyb02 from July 1, 2021, through March 9, 2022. The messages show that nova_starr2019 sent heyitsjohnnyb02 images and videos of what appear to be minors engaged in sexually explicit conduct. Below are examples of files sent to heyitsjohnnyb02 from nova_starr2019.

a. Between January 3, 2022, and January 5, 2022, user nova_starr2019 sent multiple images and videos to heyitsjohnnyb02 depicting the same female. Nova_starr2019 also sent heyitsjohnnyb02 the female's name and a link to the female's YouTube channel.[4] Several of the images and videos depict the female exposing her nude pubic area and anus to the camera, the female penetrating her vagina with her finger, and masturbating her genitalia with her hand. The female appears to be a minor as she has little to no breast development and no pubic hair. The female's facial features are also consistent with that of a minor. Based on my training and experience and understanding of 18 U.S.C. § 2256, I have probable cause to believe these files contain visual depictions of a minor engaged in sexually explicit conduct, that is, masturbation and the lascivious exhibition of the minor's genitals and pubic area.

b. On January 3, 2022, user nova_starr2019 sent multiple image and video files to heyitsjohnnyb02 depicting a different female. User nova_starr2019 sent the following message before sending the images and videos: "[*FEMALE'S NAME*], 10, Colorado Springs, CO." Many of the images and videos depict the female exposing her nude pubic area to the camera, inserting a toothbrush into her vagina, and masturbating with her hands. The female appears to be a minor as she has little to no breast development and no pubic hair. The female's facial features are child-like and consistent with that of a minor. Based on my training and experience and understanding of 18 U.S.C. § 2256, I have probable cause to believe these files contain visual depictions of a minor engaged in

---

[4] Based on my training and experience, I know that YouTube is advertised as an American online video sharing and social media platform.

sexually explicit conduct, that is, masturbation and the lascivious exhibition of the minor's genitals and pubic area.

20. On March 9, 2022, the nova_starr2019 account sent the following message to heyitsjohnnyb02 "[*FEMALE'S NAME*] from Fort Wayne, Indiana." There are no photos or videos sent after this message. As noted above, this is likely due to Snapchat deleting the nova_starr2019 account after the account sent the file contained in CyberTipline report 119391690 on March 9, 2022.

## EXECUTION OF RESIDENTIAL SEARCH WARRANT AT ARIN ELLIS' APARTMENT

21. On August 29, 2022, law enforcement in Jacksonville, Florida, executed a residential search warrant at the apartment tied to the IP addresses associated with the Snapchat account nova_starr2019 and the Discord account FeelingBleu#9596. Arin Ellis (hereinafter referred to as ELLIS) was the sole occupant of the apartment. Law enforcement seized multiple digital devices as authorized by the search warrant. A forensic examination of one of ELLIS' Samsung cellular telephones seized from the apartment revealed that a Snapchat user account of "chasewolf6904" was being used on the device. Law enforcement was familiar with this username as it appeared in the records for the Snapchat return for nova_starr2019.

22. A forensic examination of the Samsung cellular telephone revealed that the chasewolf6904 Snapchat account communicated with multiple users, including Snapchat users heyitsjohnnyb02 and johnnyy_b2022, and belonged to Snapchat groups including the one titled Sanctuary.

## PRIVATE MESSAGES BETWEEN SNAPCHAT ACCOUNTS CHASEWOLF6904 AND HEYITSJOHNNYB02

23. Private messages between Snapchat users chasewolf6904 and heyitsjohnnyb02 were located on ELLIS' Samsung cellular telephone. I have reviewed the messages in their entirety. On May 17, 2022, the following messages were exchanged between chasewolf6904 and heyitsjohnnyb02:

**Chasewolf6904**: I believe anyway

**heyitsjohnnyb02**: I don't remember if I did or not, but still... I've never seen police give a warning for this stuff... seems like they know who you are. They know youre not sweet little nova.

**Chasewolf6904**: Idk

**heyitsjohnnyb02**: It's a scary fucking feeling though.

**Chasewolf6904**: I want to break down and just die already

**Chasewolf6904**: I can't

**Chasewolf6904**: Delete messages

**Chasewolf6904**: Btw

**heyitsjohnnyb02**: Yeah. They have plenty of messages of me and you. Hell all of us

**Chasewolf6904**: Aghhhh

**heyitsjohnnyb02**: Idk man. When you are as active as you are, there is always risk. I'd get rid of everything. It's not worth the chance

**heyitsjohnnyb02**: I wish there was something I could do or say to help you other than that.

**Chasewolf6904**: lk

**heyitsjohnnyb02**: I'm probably going to go ahead and destroy this snap account now. Time to start fresh anyway

**Chasewolf6904**: You're fine

14

**Chasewolf6904**: What's not fine is my mother just texting me

**heyitsjohnnyb02**: Did they call her too?

**Chasewolf6904**: No idea

**heyitsjohnnyb02**: I'm a nervous fucking wreck right now, and I'm not even the one that got the phone call. I can't imagine how you feel. Just don't do anything stupid.

**Chasewolf6904**: Yeah I bet

**Chasewolf6904**: It was an unrelated matter she texted for

**heyitsjohnnyb02**: Thank fuck.

**Chasewolf6904**: I'm having to remind myself to breathe

**heyitsjohnnyb02**: Yeah. Seriously though, I wouldn't waste time on getting rid of everything. You have it all saved on an external or what?

**Chasewolf6904**: All over the place..

**Chasewolf6904**: I have a plan

**heyitsjohnnyb02**: I hope that plan involves 200 feet below sea level

**Chasewolf6904**: No

**Chasewolf6904**: I'm not happy about the plan but I have one nonetheless

**heyitsjohnnyb02**: Probably best if you don't tell me. Just get rid of it

24. During the investigation into Snapchat user nova_starr2019 (ELLIS), the FBI became aware that the nova_starr2019 Snapchat CyberTipline reports were originally sent to the Jacksonville (Florida) Sheriff's Office ("JSO"). I am aware that an FBI analyst contacted JSO Detective Christal Gause, the law enforcement officer who responded to the reports. Detective Gause advised the FBI analyst that she did the following after receiving the information in the CyberTipline reports regarding Snapchat user nova_starr2019. Detective Gause connected the reported IP address to ELLIS. On or around April 5, 2022, Detective Gause attempted a "knock

15

and talk" interview with ELLIS; however, no one answered the door. On or around May 17, 2022, Detective Gause placed a telephone call to ELLIS. ELLIS did not answer the call. However, ELLIS immediately called Detective Gause back. ELLIS denied the Snapchat activity on the nova_starr2019 account. Detective Gause stated, in substance and in summary, that if she received another report regarding ELLIS' Snapchat activity, she would be back with a warrant for his residence. It appears the Snapchat messages sent by chasewolf6904 to heyitsjohnnyb02 on May 17, 2022, may have been in regard to ELLIS being contacted by Detective Gause.

25. Subscriber records provided to the FBI by Snapchat for Snapchat user account heyitsjohnnyb02, indicate that the account was deleted on May 17, 2022 (*i.e.*, the date heyitsjohnnyb02 told chasewolf6904 that he was going to delete his Snapchat account).

26. After reviewing the communications on ELLIS' Samsung cellular phone for the chasewolf6904 account, on October 4, 2022, an order pursuant to 18 U.S.C. § 2703(d) was sought by the United States and signed by United States Magistrate Ivan D. Davis, Eastern District of Virginia, Alexandria Division. The order was served on Snapchat on or about that same day. The order required Snapchat to disclose records and other information regarding johnnyy_b2022, which Snapchat provided on or about October 10, 2022.

27. The records show that johnnyy_b2022 was created on May 17, 2022. This is the same date that Snapchat user heyitsjohnnyb02 stated they were going to delete their account as described above. The email address registered to johnnyy_b2022 is jackblack1999162@gmail.com. The user ID listed for the account is "f09a2412-4b2e-4906-b7dc-faf77368cc27." No first or last name is listed for the account. Multiple IP addresses are associated with the account. Like with the records associated with the heyitsjohnnyb02 account, there are IP

addresses associated with T-Mobile. Also like with the records associated with the heyitsjohnnyb02 account, IP address 73.40.28.211 is listed as being last seen on October 5, 2022.

28. According to records provided by Comcast Cable, IP address 73.40.28.211 was assigned from at least January 23, 2022, through at least October 19, 2022, to the home where RITENOUR resided.

29. On November 28, 2022, the Honorable John F. Anderson, United States Magistrate Judge, Eastern District of Virginia, Alexandria Division authorized a residential search of RITENOUR's home. On November 30, 2022, I, along with other FBI agents, executed the search warrant at RITENOUR's residence. During the search, a Samsung cell phone was found in RITENOUR's bedroom. Law enforcement personnel conducted a preliminary on-site preview of RITENOUR's cell phone. During this preview, law enforcement personnel, including myself, located multiple videos of what appeared to be minors engaged in sexually explicit conduct on RITENOUR's phone. The following is a description of a few of the files. One video file depicts a close-up view of a prepubescent female's pubic area, while what appears to be an adult male's hand spreads the labia of the female's pubic area. Another video depicts what appears to be a prepubescent female's pubic area and what appears to be the female's hand masturbating her pubic area.

30. While the search warrant was being executed inside RITENOUR's residence, I interviewed RITENOUR outside. During the interview, RITENOUR stated he downloads and views images and videos of children. RITENOUR said while he has received sexually explicit images of child as young as five years of age, he is only interested in females ages 12 years and older. RITENOUR stated that he retains child pornography so he can masturbate to it. RITENOUR also stated that he controlled and operated several Discord, Snapchat, Telegram, and Chatango

(among others) profiles that he used to communicate with a group of people online who were also interested in child pornography. RITENOUR said that he met these people online and worked with them across various social media platforms in chat rooms that were accessible only by invite. RITENOUR said he and others in the group knew each other by using common usernames. For example, RITENOUR's Snapchat profile usernames were "heyitsjohnnby02" and "johnnyy_b2022," while his Discord usernames were "johnnyb02#9985," "johnnyb02#4011," and "johnnyb02#9842." RITENOUR said that he and the other users invited each other to new chat rooms on social media sites like Chatango.

## SEX OFFENDER REGISTRY

31. The Virginia State Police sex offender registry shows that RITENOUR of 4132 Melody Lane, Marshall, Virginia, 20115, was convicted in 2012 of Virginia state child pornography possession offenses. RITENOUR initially registered as sex offender on October 10, 2012, and renewed his sex offender registration on October 3, 2019.

## CONCLUSION

32. Based on the foregoing, I submit that there is probable cause to believe that in or about January 2022, PATRICK R. RITENOUR, knowingly received visual depictions of minors

engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and I respectfully request that a criminal complaint be issued for RITENOUR.

Respectfully submitted,

*Matthew Lee*

Matthew E. Lee, Special Agent<br>Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on November 30, 2022.

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.11.30 11:57:25 -05'00'

The Honorable John F. Anderson
United States Magistrate Judge